# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### CIVIL CASE NO. 3:08cv231

| | | |
|---|---|---|
| **JODI T. HEARN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER OF REMAND** |
| | ) | |
| **INTEGRA LIFESCIENCES** | ) | |
| **CORPORATION d/b/a** | ) | |
| **INTEGRA NEUROSCIENCES** | ) | |
| **and SHELHIGH, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the parties' Stipulation Regarding Remand [Doc. 5], filed June 3, 2008.

On May 20, 2008, Defendant Integra Lifesciences Corporation (Integra) removed this action from state court. [Doc. 1]. Plaintiff moved for this matter to be remanded to state court. [Doc.4].

Attached to the Notice of Removal is proof of service on Defendant Integra; however, the attachments show that the Plaintiff has never effected service on Defendant Shelhigh, Inc. As a result, Shelhigh has not

appeared in the action. After Plaintiff moved for remand, Defendant Integra and the Plaintiff, being the only parties that have appeared in this matter, joined in the pending Stipulation to remand this action to state court.

The Court finds, for the reasons stated in the Stipulation, that this matter should be remanded to the General Court of Justice, Superior Court Division, Gaston County, North Carolina according to the terms and provisions of the Stipulation.

**IT IS, THEREFORE, ORDERED** that this matter is hereby **REMANDED** to the General Court of Justice, Superior Court Division, Gaston County, North Carolina according to the terms and provisions of the Stipulation.

**IT IS FURTHER ORDERED** that the Plaintiff's Motion to Remand [Doc. 4] is denied as moot.

The Clerk of Court is instructed to terminate this action.


Martin Reidinger
United States District Judge

Signed: June 5, 2008